UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

vs.                                                     Case No.  3:07-cv-554-J-25MCR

REAL PROPERTY, INCLUDING ANY
BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS THEREON, LOCATED AT
1111 MARTIN LUTHER KING BLVD, GREEN
COVE SPRINGS, CLAY COUNTY, FLORIDA
32043,

          Defendants.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Claimants' Unopposed Motion for Leave to File Individual Claims (Doc. 22) filed April 25, 2008.  Claimants seek leave to amend their previously filed Statement of Right or Interest and Answer (Docs. 9-13) for the purpose of filing individual claims and their answer separately rather than as a single document.  Claimants certify that the Government consents to the relief requested in this Motion.

Rule 15(a) of the Federal Rules of Civil Procedure states that leave to amend a pleading "shall be freely given when justice so requires."  Fed. R. Civ. P. 15.  As the Supreme Court further explained in Foman v. Davis, 371 U.S. 178, 182, 83 S.Ct. 227, 230 (1962):

> In the absence of any apparent or declared reason–such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.– the leave sought should, as the rules require, be 'freely given.'

See also, Technical Resource Servs., Inc. v. Dornier Medical Sys., Inc., 134 F.3d 1458, 1463 (11th Cir. 1998).

The Court finds Claimants' Unopposed Motion for Leave to File Individual Claims (Doc. 22) not to be in bad faith, for purposes of delay, or subject to any of the other Foman caveats stated above.

Accordingly, after due consideration, it is

**ORDERED**:

Claimants' Unopposed Motion for Leave to File Individual Claims (Doc. 22) is **GRANTED**.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  28th  day of April, 2008.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party